CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2015 SEP 15 AM 10 33

FILED
BY
DEPUTY

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
YELLOWSTONE COUNTY

| | |
|---|---|
| DANIEL LORD,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS INSURANCE COMPANY,<br><br>    Defendant. | CAUSE NO. DV 14-1313<br><br>JUDGE RUSSELL C. FAGG<br><br><br><br>ORDER |

Plaintiff has made an application for Default Judgment, and requested a hearing to enter Judgment. Accordingly,

**IT IS HEREBY ORDERED** that a hearing shall be held in this matter to enter Judgment on **Wednesday, October 28, 2015**, at **1:30 o'clock p.m.**, in Courtroom 509 of the Yellowstone County Attorney's Office, Billings, Montana.

DATED this _14_ day of September, 2015.

Russell C. Fagg, District Court Judge

cc: Geoffrey Angel
    Jesse Laslovich, Commissioner of Insurance, Montana State Auditor's Office
    840 Helena Avenue, Helena, MT 59601