FILED

AUG 3 0 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DANIEL LORD,<br><br>      Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE PHOENIX INSURANCE COMPANY,<br><br>      Defendants. | No. CV 17-38-BU-SEH<br><br><br><br>ORDER |

On August 30, 2017, the Court conducted a hearing on Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment.[1] Plaintiff was represented by Geoffrey C. Angel, Esq. Defendants were represented by Marshal L. Mickelson, Esq.

---

[1] Doc. 2.

Upon the record made in open court,

ORDERED:

1. Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment[2] is DENIED.

2. Defendants are directed to file a responsive pleading on or before September 8, 2017.

DATED this 30th day of August, 2017.

SAM E. HADDON
United States District Judge

---

[2]Doc. 2.