# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED OCT 23 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| DANIEL LORD, | |
| Plaintiff, | No. CV 17-38-BU-SEH |
| vs. | |
| THE TRAVELERS INDEMNITY COMPANY and THE PHOENIX INSURANCE COMPANY, | ORDER |
| Defendants. | |

The Court's Order setting this matter for preliminary pretrial conference at 11:00 a.m. on October 31, 2017, was issued on September 11, 2017.[1]

The Order setting the preliminary pretrial conference required that each party's preliminary pretrial statement strictly comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).

On October 20, 2017, the parties timely filed their respective preliminary

---

[1] Doc. 17.

-1-

pretrial statements. Both Defendants' Preliminary Pretrial Statement[2] and Lord's Preliminary Pretrial Statement[3] fail to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(1)(A)(ii).

ORDERED:

Each party shall file an amended preliminary pretrial statement, addressing with strict compliance Fed. R. Civ. P. 26(a)(1)(A)(ii) on or before October 26, 2017. Failure to file an amended preliminary pretrial statement in full compliance with the terms of this Order could result, without motion, in the imposition of sanctions.

DATED this 23rd day of October, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 18.

[3] Doc. 20.