IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DANIEL LORD,<br><br>                         Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY and THE PHOENIX INSURANCE COMPANY,<br><br>                        Defendants. | No. CV 17-38-BU-SEH<br><br><br><br>**ORDER** |

The parties have filed a Stipulation for Dismissal with Prejudice.[1]

ORDERED:

This action is dismissed on the merits, with prejudice, each party to bear its own costs. All deadlines are VACATED.

DATED this 21st day of December, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 27.